UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19-902 |
| | Hon. William J. Martini |
| v. | |
| | ORDER FOR CONTINUANCE |
| JONATHAN BAKER | |

This matter having come before the Court on the joint application of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Jonathan Fayer, Assistant U.S. Attorney, appearing), and defendant Jonathan Baker (Saverio A. Viggiano, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case is an unusual or complex case within the meaning of the

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the nature of the prosecution such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2. The discovery in the case is voluminous, consisting of approximately 787 Gigabytes of digital discovery, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and further investigate the charges in this matter.

3. In light of the discovery and any follow-up investigation, the defendant needs additional time to draft appropriate motions, if any.

4. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this _22nd_ day of _December_, 2020,

(1) ORDERED that this action be, and hereby is, continued until April 30, 2021; and it is further

(2)     ORDERED that the period from the date of this order through April 30, 2021 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

Honorable William J. Martini
United States District Judge

Consented to as to form and entry:

JONATHAN FAYER
Assistant U.S. Attorney

SAVERIO A. VIGGIANO, ESQ.
Counsel for defendant